IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED
2005 MAY 26  P 4: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KENITH BURDETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO.: 2:05CV0499-DRB |
| | ) |
| BANK ONE, N.A., CHARTER ONE | ) |
| BANK, N.A., LUANNE MIXON, | ) |
| KEITH MIXON, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF REMOVAL

Defendant JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., ("Chase") hereby certifies that on this the 26th day of May, 2005, the above-styled action was removed to this Court, and that on this same date a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court for Barbour County, Alabama, for filing therein.

_____
William D. Jones (JON016)

_____
Lee M. Pope (POP008)

*/s/ Helen Kathryn Downs*
Helen Kathryn Downs (DOW019)

Attorneys for Defendant
Chase Bank USA, N.A.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Telephone:	(205) 458-9497
Facsimile:	(205) 458-9500
E-mail:	wdj@jbpp.com
	lmp@jbpp.com
	hkd@jbpp.com

**OF COUNSEL**

## CERTIFICATE OF SERVICE

     This is to certify that I have served the foregoing on all counsel of record by depositing a copy of the same in the United States mail, properly addressed and first-class postage prepaid, on this the 26th day of May, 2005, to the following:

     James D. Patterson, Esq.
     Earl P. Underwood, Esq.
     Law Offices of Earl P. Underwood, Jr.
     21 South Section Street
     P.O. Box 969
     Fairhope, AL 36533

     Jim S. Calton, Jr., Esq.
     Calton & Calton
     226 East Broad Street
     Eufaula, AL 36027

     Herman Cobb, Esq.
     Leon A. Boyd, V, Esq.
     Cobb, Shealy, Crum & Derrick, P.A.
     Post Office Box 6346
     Dothan, Alabama 36302

     Ms. Luanne Mixon
     Post Office Box 388
     Pelham, Alabama 35124-0388

_____
Of Counsel

W0511810.DOC