IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KENITH BURDETT, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:05cv499-DRB |
| | ) |
| BANK ONE, N.A., et al. | ) |
| Defendants. | ) |

RECEIVED
2005 MAY 26  P 4: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF JOINDER IN REMOVAL

Defendant Luanne Mixon hereby makes a special appearance to join in the Notice of Removal filed in this action by Defendant Chase Bank USA, N.A., formerly known as Bank One, N.A., ("Chase") and further consents to the removal of the above-styled action to this court.

This Notice of Joinder in Removal is without waiver of any defenses, including but not limited to insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, failure to state a claim upon which relief can be granted, and failure to join a party under Rule 19.

Luanne Mixon