RECEIVED
2005 MAY 26  P 4: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| KENITH BURDETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:05-CV-0499-DRB |
| | ) |
| BANK ONE, N.A., CHARTER ONE BANK, N.A., LUANNE MIXON, KEITH MIXON, et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT BY JPMORGAN CHASE BANK, N.A.

Defendant JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., ("Chase") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosures:

1. JP Morgan Chase & Co. is Chase's parent corporation.

2. JP Morgan Chase & Co., a publicly held corporation, owns 100% of the stock of Chase.

Date: May 26, 2005.

William D. Jones (JON016)

Lee M. Pope (POP008)

                                                                                                                  /s/ Helen Kathryn Downs

                                                                                                                   Helen Kathryn Downs (DOW019)

Attorneys for Defendant
Chase Bank USA, N.A.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Telephone:     (205) 458-9497
Facsimile:       (205) 458-9500
E-mail:            wdj@jbpp.com
                       lmp@jbpp.com
                       hkd@jbpp.com

**OF COUNSEL**

2

## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing on all counsel of record by depositing a copy of the same in the United States mail, properly addressed and first-class postage prepaid, on this the 26th day of May, 2005, to the following:

>James D. Patterson, Esq.
>Earl P. Underwood, Esq.
>Law Offices of Earl P. Underwood, Jr.
>21 South Section Street
>P.O. Box 969
>Fairhope, AL 36533
>
>Jim S. Calton, Jr., Esq.
>Calton & Calton
>226 East Broad Street
>Eufaula, AL 36027
>
>Herman Cobb, Esq.
>Leon A. Boyd, V, Esq.
>Cobb, Shealy, Crum & Derrick, P.A.
>Post Office Box 6346
>Dothan, Alabama 36302
>
>Ms. Luanne Mixon
>Post Office Box 388
>Pelham, Alabama 35124-0388

_____
Of Counsel

W0511832.DOC

3