RECEIVED
2005 MAY 26 P 4: 07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

KENITH BURDETT,      )
                     )
                     )
    Plaintiff,       )
                     )
v.                   )      CASE NO.: 2:05cv499-DRB
                     )
BANK ONE, N.A., et al., )
                     )
    Defendants.      )

## NOTICE OF JOINDER IN REMOVAL

Defendant Charter One Bank hereby joins in the Notice of Removal filed in this action by Defendant JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., ("Chase") and further consents to the removal of the above-styled action to this court.

Charter One Bank's Notice of Joinder in Removal is without waiver of any defenses, including but not limited to insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, failure to state a claim upon which relief can be granted, failure to join a party under Rule 19, and any other defenses available to this defendant in this action.

_____
Lee M. Pope (POP008)
Helen Kathryn Downs (DOW019)

One of the Attorneys for Defendant
Charter One Bank

JOHNSTON BARTON PROCTOR & POWELL LLP
1901 Sixth Avenue North
1900 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205)458-9400
Facsimile: (205)458-9500

OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing upon the following counsel of record by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this the 26th day of May, 2005:

> James D. Patterson, Esq.
> Earl P. Underwood, Esq.
> Law Offices of Earl P. Underwood, Jr.
> 21 South Section Street
> P.O. Box 969
> Fairhope, AL 36533
>
> Jim S. Calton, Jr., Esq.
> Calton & Calton
> 226 East Broad Street
> Eufaula, AL 36027
>
> Ms. Luanne Mixon
> Post Office Box 388
> Pelham, Alabama 35124-0388
>
> Herman Cobb, Esq.
> Leon A. Boyd, V
> Cobb, Shealy & Crum, P.A.
> P.O. Box 6346
> Dothan, Alabama 36302

_____
Of Counsel

W0511881.DOC