**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 8, 2005

# NOTICE OF CORRECTION

**To:** All Counsel of Record

**From:** Clerk's Office

**Case Style:** Kenith Burdett v. Bank One, N.A., et al.

**Case Number:** #2:05-cv-00499-DRB

**Referenced Document:** Document #8
Motion to Remand

Document #9
Brief in Support of Motion to Remand

Document #10
Motion to Stay

**This Notice has been docketed to enter the corrected signature pages and certificates of service into the record and to correct the deficiency.  The signatures were not visible in the original pdfs.  The corrected pdfs are attached to this notice.**