**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 5, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Kenith Burdett v. Bank One, N.A., et al.

Case Number: 2:05cv499-B

Pleading : #13 Motion for Extension of Time

**This Notice of Correction is being filed this date to advise that the referenced pleading which was filed on 7/1/2005 did not contain the attorney's electronic signature on the Certificate of Service.**

**The corrected pdf document is attached to this notice.**