IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENITH  BURDETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00499-B |
| | ) | |
| BANK ONE, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of the Defendant's unopposed[1] *Motion For Extension of Time*

(Doc. 13, filed July 1, 2005) and for good cause, it is hereby **ORDERED** that the *Motion*

(Doc. 13) is **GRANTED**.


Done this 6th day of July, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1]The motion states that Plaintiff does not object to the requested extension.