IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| KENITH BURDETT | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | 2:05-CV-00499-B | |
| | ) | | |
| BANK ONE, N.A., *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

In accordance with the Order entered today granting the Defendant's *Motion For Extension of Time* (Doc. 13, filed July 1, 2005), it is hereby **ORDERED** that the Defendant's time to file a response to Plaintiff's Motion to Remand and Motion to Stay is extended to and including July 14, 2005.

Pursuant to the representation of defense counsel that *JPMorgan Chase Bank, N.A.*, is successor by merger to *Bank One, N.A.*, it is further **ORDERED** that within seven days after the filing of Defendant's response to Plaintiff's Motion, the Plaintiff shall file a proper pleading to denominate the Defendant correctly in the Complaint and all other pleadings as well as on the permanent docket.

Done this 6th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE