TRANS UNION - Credit Report

| FOR | MKT | SUBMKT | DATE | TIME | VER# | REF# |
|---|---|---|---|---|---|---|
| (14BT) F 00000036 | 16 | NF | 02/06/04 | 07:37 | 0 | 0261665 |

In File Since: 11/01/76

| | Surname | Given Name(s) |
|---|---|---|
| Primary Name | :BURDETT | KENITH |



BANK ONE 06/23/03 $9392 06
12/31/03A $0 00 00 00/2
$9545 PDE 01
Pmt Pattern & Date: 111111------/-----------/-----------/----------- 12/2003
Collateral: DEFERRED TO 12012005
(ST) STUDENT
(PDE) PAYMENT DEFERRED



BANK ONE 09/11/03 $1104 03
12/31/03A $0 00 00 00/2
$1104 PDE 01
Pmt Pattern & Date: 111---------/-----------/-----------/----------- 12/2003
Collateral: DEFERRED TO 12012005
(ST) STUDENT
(PDE) PAYMENT DEFERRED

BANK ONE 10/01/03 $8287 02

[redacted] 12/31/03A $0 00 00 00/2
$8287 PDE 01
Pmt Pattern & Date: 11---------/---------/---------/--------- 12/2003
Collateral: DEFERRED TO 11302005
(ST) STUDENT
(PDE) PAYMENT DEFERRED

[redacted]

[redacted] /---------/---------/--------- [redacted]

[redacted]

[redacted]

[redacted] ---------/---------/--------- [redacted]

[redacted]

[redacted] /---------/---------/--------- [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

TRANS UNION - Credit Report

| FOR | MKT | SUBMKT | DATE | TIME | VER# | REF# |
|---|---|---|---|---|---|---|
| (14BT) F 00000036 | 16 | NF | 04/30/04 | 10:13 | 0 | 0308646 |

In File Since: 11/01/76

| | Surname | Given Name(s) |
|---|---|---|
| Primary Name | :BURDETT | KENITH |





BANK ONE 12/22/03 $8938 03
03/31/04A $0 00 00 00/2
$8938 PDE 01
Pmt Pattern & Date: 111---------/-----------/-----------/---------- 02/2004
Collateral: DEFERRED TO 12152006

(ST) STUDENT
(PDE) PAYMENT DEFERRED

BANK ONE 02/13/04 $6629
03/31/04A $0
$6629 PDE 01
Collateral: DEFERRED TO 09102006
(ST) STUDENT
(PDE) PAYMENT DEFERRED

