**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

July 19, 2005

# NOTICE OF REASSIGNMENT

Re:    Kenith Burdett v. Bank One, NA, et al.
       Civil Action No. #2:05-cv-00499-DRB

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #2:05-cv-00499-MHT-DRB.  This new case number should be used on all future correspondence and pleadings in this action.