IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENITH BURDETT, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) ) ) CASE NO. 2:05-CV-00499-B |
| JPMORGAN CHASE BANK N.A., CHARTER ONE BANK, N.A. LUANNE M. MIXON, KEITH MIXON, et al. | ) ) ) ) ) |
| Defendants. | ) |

### FIRST AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff, in the above-styled matter, by and through the undersigned attorney and amends his complaint filed in this matter as follows:

1.  He changes name of the defendant designated as "Bank One, N.A" in original complaint to correctly name it as JPMORGAN CHASE BANK N.A.

2.  He incorporates the relevant paragraphs of the original complaint in their entirety into this amended complaint.

Dated this the 20th day of July, 2005.

_____
Earl P. Underwood, Jr.
Attorney for the Plaintiff

OF COUNSEL:
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, Alabama 36533-0969
(251) 990-5558

### CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Leon Augustus Boyd, III | bboyd@cobb-shealy.com |
| Jimmy S. Calton, Jr. | caltonlaw@eufaula.rr.com, jimcalton@yahoo.com |
| Herman Warren Cobb | hwc@cobb-shealy.com, mhanchey@cobb-shealy.com |
| Helen Kathryn Downs | hkdowns@jbpp.com, aap@jbpp.com |
| William D. Jones, III | wjones@jbpp.com |
| Lee M. Pope | lmp@jbpp.com |

_____
Earl P. Underwood, Jr.